```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SAINSLOT BELIZAIRE,                                           :
                            Plaintiff,                        :
                                                              :        12-CV-8268 (JPO)
        -v-                                                   :
                                                              :        ORDER ADOPTING
RAV INVESTIGATIVE AND SECURITY                                :        REPORT AND
SERVICES LTD.,                                                :        RECOMMENDATION
                                                              :
                            Defendant.                        :
------------------------------------------------------------- X
```

J. PAUL OETKEN, District Judge:

      Defendant RAV Investigative and Security Services, Ltd., has not appeared in this action. A default judgment was entered against it on June 19, 2013.  (Dkt. No. 14.)  The Court referred the matter to Magistrate Judge Debra Freeman to conduct a damages inquest.  (Dkt. No. 13.) Judge Freeman conducted a thorough and careful inquest and issued a Report and Recommendation (the "Report") that this Court award damages as specified in the Report and permit the Plaintiff to amend his complaint.  (Dkt. No. 29.)  The Court has reviewed the Report.

      No party filed a timely objection to the Report; therefore the Court reviews it for clear error.  *See* Fed. R. Civ. P. 72(b), Advisory Committee's Notes (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Borcsok v. Early*, 299 F. App'x 76, 77 (2d Cir. 2008).  Magistrate Judge Freeman's well-reasoned Report presents no such errors and is therefore fully adopted by this Court.

1

Accordingly, damages are awarded as calculated in the Report and Belizaire is permitted to amend his complaint to remedy the pleading defects specified in the Report.

SO ORDERED.

Dated: November 21, 2014
       New York, New York

_____
J. PAUL OETKEN
United States District Judge